# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FRAZER,<br><br>    Petitioner,<br><br>    v.<br><br>NEIL MCDOWELL,<br><br>    Respondent. | Case No. 1:20-cv-01092-DAD-SAB-HC<br><br>ORDER FOR SUPPLEMENTAL BRIEFING |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 21, 2021, the undersigned issued findings and recommendations recommending the petition be denied. (ECF No. 17). On June 24, 2021, the assigned district judge referred the matter back to the undersigned for amended findings and recommendations addressing Petitioner's arguments with respect to <u>Carpenter v. United States</u>, 138 S. Ct. 2206 (2018). (ECF No. 19). The Court finds that supplemental briefing on the issue would assist the Court in this matter.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent shall file a supplemental brief addressing Petitioner's arguments regarding <u>Carpenter</u>[1] within THIRTY (30) days of the date of service of this order; and

---

[1] Any procedural arguments by Respondent regarding this claim should be made in the brief, but must also address the merits of the claim.

1

2. Petitioner may file a response to Respondent's brief within THIRTY (30) days of the date of service of Respondent's brief.

IT IS SO ORDERED.

Dated:  **June 29, 2021**

_____
UNITED STATES MAGISTRATE JUDGE