UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FRAZER,<br><br>              Plaintiff,<br><br>      v.<br><br>NEIL MCDOWELL,<br><br>              Defendant. | No.  1:20-cv-01092-ADA-SAB (HC)<br><br>ORDER DENYING MOTION TO RECONSIDER REASSIGNMENT OF CASE TO DISTRICT JUDGE ANA DE ALBA<br><br>(Doc. Nos. 32, 35) |

      On August 24, 2022, the undersigned issued an order reassigning this case from the Honorable Dale A. Drozd to the Honorable Ana de Alba for all proceedings.  (Doc. No. 32.)  This reassignment arose from (1) the appointment of Judge de Alba to the Eastern District of California's Fresno courthouse; (2) the transfer of Judge Drozd to the Eastern District's Sacramento courthouse; and (3) the need to reallocate cases to active judges now sitting in this court's Fresno courthouse.  *See* E.D. Cal. R. app. A(f)(4).

      On September 9, 2022, petitioner filed a motion to reconsider the reassignment from Judge Drozd to Judge de Alba.  (Doc. No. 35.)  In his motion, petitioner argues that the reassignment would prejudice him and shake the "public's confidence in the integrity of the judiciary."  *Id.* at 3.  This argument is unpersuasive.  Judge de Alba's appointment followed the process the Constitution requires.  The reassignment of this case will also ensure it is resolved quickly and justly.

To the extent petitioner requests reconsideration of Judge de Alba's September 6, 2022 order adopting the magistrate judge's findings and recommendations and dismissing petitioner's petition for writ of habeas corpus, the motion is denied. (Doc. No. 33.) Judge de Alba's September 6, 2022 order remains undisturbed.

The motion for reconsideration (Doc. No. 35) is **denied**.

IT IS SO ORDERED.

Dated: October 4, 2022.

CHIEF UNITED STATES DISTRICT JUDGE