UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FRAZER,<br><br>   Plaintiff,<br><br>  v.<br><br>NEIL MCDOWELL,<br><br>   Defendant. | No.  1:20-cv-01092-ADA-SAB (HC)<br><br>ORDER DENYING PETITIONER'S APPLICATION FOR CERTIFICATE OF APPEALABILITY<br><br>(ECF No. 39) |

Petitioner Daniel Frazer is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 26, 2022, the assigned United States Magistrate Judge issued amended findings and recommendations that recommended denial of the petition.  (ECF No. 30.)  The Court adopted those findings and recommendations, in full, on September 6, 2022.  (ECF No. 33.)  In its order adopting the findings and recommendations, the Court declined to issue a certificate of appealability because "reasonable jurists would not find the court's determination that the petition should be denied debatable of wrong, or that the issues presented are deserving of encouragement to proceed further." (*Id.* at 2.)  The Court further held that "Petitioner has not made the required substantial showing of the denial of a constitutional right." (*Id.*)

On October 17, 2022, Petitioner filed an application for a certificate of appealability. (ECF No. 39.)  In that application, Petitioner argues that issuing a certificate of appealability is

proper and that the "Court should have considered the propriety of appealability at the time it denied Petitioner relief in this matter." (*Id.* at 2.)  As discussed above, the Court did consider the propriety of issuing a certificate of appealability in the order adopting the Magistrate Judge's findings and recommendations.  Petitioner's application does not alter the Court's analysis or ruling declining to issue a certificate of appealability.

Accordingly,

1. Petitioner's application for a certificate of appealability, (ECF No. 39), is denied.

IT IS SO ORDERED.

Dated:   January 12, 2023

_____
UNITED STATES DISTRICT JUDGE

2